DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
Tel:  (775) 784-5438
Fax:  (775) 784-5181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY F. LAMORTE,<br><br>Respondent. | Case No.<br><br><br><br>**PETITION TO ENFORCE INTERNAL<br>REVENUE SERVICE SUMMONS** |

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), by and through its undersigned Assistant United States Attorney, hereby petitions this Court to enforce the IRS summons as described below:

1. Jurisdiction over this matter is conferred on this Court pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a), and 28 U.S.C. §§ 1340 and 1345.

2. Venue over this matter is proper in the northern division of this Court because Respondent Anthony F. Lamorte resides in -- or may be found within -- the boundaries of this district and in Sparks, Nevada.

3. Robert C. Kalman is a duly commissioned Revenue Officer employed in the Office of the Area Director, IRS, and is authorized to issue an IRS summons pursuant to the authority contained

1

in § 7602 of Title 26, United States Code, and Treasury Regulation § 301.7602-1, 26 C.F.R. § 301.7602-1.

4. Revenue Officer Kalman is conducting an investigation for the collection of the federal income tax liabilities and penalties of Anthony F. Lamorte for the 2001, 2006, 2007, 2008, 2009 and 2010 tax years, as set forth in the attached declaration.

5. Respondent Lamorte is in possession and control of testimony, books, records, papers and other data that are relevant to the above-described investigation.

6. On December 11, 2013, an IRS summons regarding the investigation described in paragraph 4, above, was issued by Revenue Officer Kalman directing Respondent Lamorte to appear before Revenue Officer Kalman at 10:00 a.m. on January 7, 2014, to give testimony and to produce for examination books, papers, records or other data as described in the summons concerning the investigation described in paragraph 4, above.  An attested copy of the summons was left with an adult female at the place of residence of Respondent Lamorte on December 11, 2013.  The summons described in this paragraph is attached as Exhibit A to the Declaration of Revenue Officer Kalman.

7. On January 7, 2014, Respondent Lamorte, did not appear in response to the summons described in paragraph 6 above.  Respondent's refusal to comply with the summons continues to date as set forth in the attached Declaration of Revenue Officer Kalman.

8. The books, papers, records or other data sought by the summons are not already in the possession of the IRS.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

10. It is necessary to obtain the testimony and examine the books, papers, records or other data sought by the summons in order to properly investigate the federal income tax liabilities and penalties of Respondent Lamorte for the years 2001, 2006, 2007, 2008, 2009 and 2010 and to properly

collect the federal income tax liabilities and penalties of Respondent Lamorte for the years 2001, 2006, 2007, 2008, 2009 and 2010, as is evidenced by the attached Declaration of Revenue Officer Kalman.

11. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d) with respect to Respondent Lamorte for the tax periods for which the testimony and documents are sought.

WHEREFORE, Petitioner respectfully prays:

1. That the Court issue an order directing Respondent Lamorte to show cause, if any, why he should not comply with -- and obey -- the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing Respondent Lamorte to obey the aforementioned summons directed to him -- and each and every requirement thereof -- by ordering the attendance, testimony and production of the books, papers, records or other data as is required -- and called for -- by the terms of the summons before Revenue Officer Kalman or any other proper officer or employee of the IRS at such time and place as may be fixed by Revenue Officer Kalman, or any other proper officer or employee of the IRS.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


  /s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney