DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
Tel:  (775) 784-5438
Fax:  (775) 784-5181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY F. LAMORTE,<br><br>Respondent. | Case No.  3:14-CV-00306-HDM-VPC<br><br>**NOTICE OF SERVICE OF PROCESS** |

Plaintiff United States of America hereby provides notice that, on July 2, 2014, Robert C. Kalman, Revenue Officer with the Collection Group of the Office of the Area Director of Internal Revenue in Reno, Nevada, personally served Mr. Anthony Lamorte at 615 Spice Islands Drive STE 12 in Sparks, Nevada 89431, with the following documents:

- Order to Show Cause to Anthony F. Lamorte issued by United States Magistrate Judge Valerie P. Cooke on June 20, 2014;

- Petition to Enforce Internal Revenue Service Summons dated June 12, 2014, including Declaration of Robert C. Kalman, Summons Collection Information Statement, Attachment 1 to Summons Form 6637, Certificate of Service of Summons, Document Transmittal Form, second Declaration of Robert C. Kalman and Civil Cover Sheet; and

- Motion for Order to Show Cause dated June 12, 2014.

                                Respectfully submitted,

                                DANIEL G. BOGDEN
                                United States Attorney

                                __/s/ Holly A. Vance_____
                                HOLLY A. VANCE
                                Assistant United States Attorney